*E-FILED: February 7, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRISTOBAL GUILLEN; MARCELINO SAGASTUME; MARIA ACEVEDOS,<br><br>    Plaintiffs,<br><br>    v.<br><br>HONG KONG BISTRO, INC. dba HONG KONG BISTRO; FU LAM MUM, INC. dba FU LAM MUM RESTAURANT dba FU LAM MUM; BEN QUAN AND DENNIS BAO TRINH; and DOES 1 to 10,<br><br>    Defendants. | No. C11-02046 HRL<br><br>**SECOND ORDER TO SHOW CAUSE RE SETTLEMENT** |

Having reviewed plaintiffs' February 1, 2012 status report and request for continuance, the deadlines set in the court's December 6, 2011 Order to Show Case re Settlement are modified as follows:

**On or before May 1, 2012**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **May 15, 2012, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than May 8, 2012**. The joint statement shall state (1) the status

of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a stipulated dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a joint statement in response to this Order.

SO ORDERED.

Dated: February 7, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-02046-HRL Notice has been electronically mailed to:

Adam Wang     adamqwang@gmail.com, evanrhy@gmail.com, jenniferxyzheng@hotmail.com, rosilenda@gmail.com

Adam Lee Pedersen     alpedersen@gmail.com

Caryn Nadene Fabian     Fabian.Caryn@gmail.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.